IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| EDWARD VICTOR FRANCHVILLE, Jr. | : | CIV. NO. 22-1776 (RMB-MJS) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| CAPE MAY COUNTY CORRECTIONAL CENTER, et al., | : | |
| Defendants. | : | |

This matter has come before the Court upon a civil rights complaint filed pro se by Plaintiff Edward Victor Franchville, Jr. Presently before the Court is the Report and Recommendation of the Honorable Michael J. Skahill, U.S.M.J. (Docket No. 19), recommending that the Court dismiss the complaint without prejudice pursuant to Local Civil Rule 10.1(a) and Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to advise the Court of his change of address and failure to prosecute. Having received no objections pursuant to Local Civil Rule 72.1(c)(2), upon review of the Report and Recommendation and the full record, and for good cause shown,

**IT IS** on this **8th day of September 2023**,

**ORDERED** that the Report and Recommendation of the Honorable Michael J. Skahill, U.S.M.J. (Docket No. 19) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this Order at his last known address and close the file.

<u>s/Renée Marie Bumb</u>
**RENÉE MARIE BUMB**
**United States District Judge**